and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

## In the Matter of Jonathan L. WESNER.

Supreme Court of Pennsylvania.

June 15, 1999.

### ORDER

PER CURIAM:

AND NOW, this 15th day of June, 1999, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated May 18, 1999, are approved and IT IS ORDERED that JONATHAN L. WESNER, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

## In the Matter of Bonnie Ann WOOLEVER.

### No. 526 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 22, 1999.

### ORDER

PER CURIAM:

AND NOW, this 22nd day of June, 1999, Bonnie Ann Woolever having been convicted in the Court of Common Pleas of Lackawanna County of the crime of insurance fraud in violation of 18 Pa.C.S.A. § 4117(a)(2) and the said Bonnie Ann Woolever having requested that she be placed on temporary suspension pursuant to Rule 214, Pa.R.D.E., it is hereby

ORDERED that Bonnie Ann Woolever is placed on temporary suspension and she shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is referred to the Disciplinary board pursuant to Rule 214(f)(1), Pa.R.D.E.